IN THE DISTRICT COURT OF THE UNITED STATES
RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | No. CR-05-10S |
| | : | |
| SILVIO DELEON | : | |
| | : | |
| | : | |

DEFENDANT'S MOTION TO CONTINUE

Now comes the Defendant Silvio DeLeon by and through his attorney Joseph L. DeCaporale and hereby moves for a continuance of the above-captioned case currently scheduled before this Court on July 6, 2005. The Defendant is in the process of obtaining a second opinion of the results of the analysis of voice exemplars that where obtained by the government from this Defendant on April 7, 2005. The Defendant seeks this continuance to the September 2005 trial calendar to enable him to complete this additional testing.

Pursuant to Rule 12(f) of the local rules of the District of Rhode Island for the United States District Court, the filing and disposition of this motion would constitute excludable time as defined by 18 U.S.C. 3161(f) of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the date of the continuance to September 2005.

Respectfully submitted:

Joseph L. DeCaporale, Jr.
ATTORNEY FOR SILVIO DELEON

400 Reservoir Avenue, Suite G
Providence, RI 02907
(401) 228-8960
(401) 228-8961 (fax)

CERTIFICATION

I hereby certify that on this 21 day of June, 2005, I served a copy of the within Motion to Continue by mailed same first class mail, postage prepaid to those as indicated below.

[signature]

Kevin Fitzgerald, Esq.
Federal Defender's Office
Suite 300
Ten Weybosset Street
Providence, RI 02903

Mary Rogers, Esq.
Assistant United States Attorney
50 Kennedy Plaza
Providence, RI 02903