IN THE DISTRICT COURT OF THE UNITED STATES
RHODE ISLAND

RECEIVED
JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : No. CR-05-10S

SILVIO DELEON :

ORDER

It is hereby Ordered that Joseph L. DeCaporale, counsel for defendant Silvio DeLeon, is hereby authorized to expend up to $5,000.00 to retain the legal services group at International Media Services, Inc., Plainfield, NJ, for the purpose of conducting analysis of voice exemplars and reviewing the procedures conducted by the Government's expert in that same area.

It is understood that the $5,000.00 includes testing as well as any testimony that might be necessary at the time of trial.

Entered as an Order of this Court on the 19 day of July, 2005.

ENTERED:

WmS

PER ORDER:

Respectfully submitted:

Joseph L. DeCaporale, Jr.
ATTORNEY FOR SILVIO DELEON

400 Reservoir Avenue, Suite G
Providence, RI 02907
(401) 228-8960
(401) 228-8961 (fax)