IN THE DISTRICT COURT OF THE UNITED STATES
RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | No. CR-05-10S |
| | : | |
| SILVIO DELEON | : | |
| | : | |
| ______________________________ | : | |

DEFENDANT'S MOTION TO COMPEL DISCOVERY

Now comes the Defendant Silvio DeLeon by and through his attorney Joseph L. DeCaporale and hereby moves that the government be compelled to provide the information required by Defendant's expert in order to render opinion relative to voice identification. As grounds for the foregoing motion, Defendant relies upon the attached letter from the expert who has been retained by the Defendant in this matter to render an opinion relative to the voice identification analysis performed by the government and also on the attached Memorandum.

Respectfully submitted:

Joseph L. DeCaporale, Jr.
ATTORNEY FOR SILVIO DELEON
400 Reservoir Avenue, Suite G
Providence, RI 02907
(401) 228-8960
(401) 228-8961 (fax)

CERTIFICATION

I hereby certify that on this 16 day of ~~June~~ August, 2005, I served a copy of the within Motion to Continue by mailed same first class mail, postage prepaid to those as indicated below.

______________________________

Kevin Fitzgerald, Esq.
Federal Defender's Office
Suite 300
Ten Weybosset Street
Providence, RI 02903

Mary Rogers, Esq.
Assistant United States Attorney
50 Kennedy Plaza
Providence, RI 02903

**INTERNATIONAL MEDIA SERVICES, INC.**
**LEGAL SERVICES GROUP**

**718 SHERMAN AVENUE, PLAINFIELD, NEW JERSEY, 07060-2232 USA**
**908 756-4060 voice/fax** **stuart.allen1@worldnet.att.net**

**Forensic Evidence Recovery and Analysis since 1976.**

---

August 9, 2005

**Mr. Joseph L. DeCaporale, Esquire**
**ATTORNEY at LAW**
400 Reservoir Avenue
Providence, RI 02907
401 228-8960/228-8961fax

**Re:** **United States v. Silvio DeLeon**
**CR No:** **05-10S**
**Sub:** **Forensic Voice ID Report**

Dear Counselor:

Pursuant to our telephone conversation with regard to the above captioned matter, we are currently in possession of a Standard Audio CD containing Q-2 and K-1 provided by Mr. Bruce E. Koenig of Bek Tec, L.L.C. and a copy of the Voice Identification Laboratory report forwarded from your office.

To complete the evaluation of the ***Spectrographic Voice Identification Analysis***, consistent with the standards set forth by the International Association for Identification (IAI), we shall require copies of the complete laboratory report submitted by Bek Tek and the associated work product including but not limited to, ***Verbatim Exemplar List***, ***Short Term Memory Tape ( Known v. Unknown)***, ***Spectrograms*** and all other supporting exhibits required under Rule 26.

This material should have been submitted previously to the courts as exhibits to his report and may be currently in your possession

Sincerely,

**The LEGAL SERVICES GROUP**
***@ International Media Services. Inc.***

*Stuart Allen*

**Stuart Allen,** ***ACFE, ABRE, SMPTE, IEEE,*** President

***State of New Jersey***
**Vendor Id: 222-125-765/000**
www.intlmediasvcs.com

IN THE DISTRICT COURT OF THE UNITED STATES
RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : No. CR-05-10S
:
SILVIO DELEON :
:
______________________________:

MEMORANDUM IN SUPPORT OF DEFENDANT'S
MOTION TO COMPEL DISCOVERY

This matter has been pending before the United States District Court for the District of Rhode Island since January 25, 2005. Periodically, this matter has been continued, initially pursuant to the government's request so that they might obtain expert voice identification analysis of certain telephone conversations in which they allege this Defendant participated in.

Pursuant to this Court's Order, Defendant has retained the services of the International Media Services, Inc. and the person of Mr. Stuart Allen. There was some dispute relative to Mr. Allen's fees, however, that matter, with the Court's cooperation, has been rectified.

On August 9, 2005, the Defendant received a letter from Mr. Allen which is annexed hereto and made a part hereof which indicated certain information which should be in the possession of the government or its expert and has not been turned over to the defense in this matter. In this letter Mr. Allen indicates that he will require copies of the complete laboratory reports submitted by Bek Tek, the government's expert, and the associated work product including but not limited to, Verbatim Exemplar List, Short Term Memory Tape (Known v. Unknown), Spectrograms and all other supporting exhibits required under the rules of discovery.

The Defendant requests that the Court order the government to turn over these materials immediately so that they might be examined by Defendant's expert so that he will be able to complete his analysis of the tapes.

Further, the Defendant has been held since January 5, 2005 and at this point seeks to be tried as expeditiously as possible and would therefore be compelled to move for a continuance should these materials not be turned over expeditiously. This is not the Defendant's desire in this matter.

Respectfully submitted:

Joseph L. DeCaporale, Jr.
ATTORNEY FOR SILVIO DELEON

400 Reservoir Avenue, Suite G
Providence, RI 02907
(401) 228-8960
(401) 228-8961 (fax)