IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 05-10S |
| | ) | |
| SILVIO DELEON | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and states that the Government has no objection to disclosing the spectograms generated by the government's expert, as well as a more detailed voice comparison result (verbatim exemplar list), and the working audio-files. In so doing, however, the government respectfully asks that the Court order Defendant to fully comply with Fed. R. Crim. P. 16(b)(1)(B) &(C) and order that the Defendant turn over all reports, supporting documentation, and tests conducted by the Defendant's expert.

Respectfully Submitted,

UNITED STATES OF AMERICA

By its attorneys:

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ADI GOLDSTEIN
ASSISTANT U.S. ATTORNEY

CERTIFICATION

I hereby certify that on this 24th day of August, 2005, I served a copy of the within Response via hand delivery to Joseph DeCaporale, 400 Reservoir Avenue, Suite G, Providence, RI 02907.

K Anderson