# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**CASE NUMBER: CR 05-10-02S** **DATE: August 24, 2005**

**TITLE: USA v. SILVIO DELEON**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Z. Chafee**

**Defendant: Kevin Fitzgerald**

**Probation:**

**************************************************************************

**Proceedings: Defendant's Motion to Compel Discovery**

**All counsel of record present. Both sides argue. Court grants the motion.**