RECEIVED

SEP 26 2005

RECEIVED
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND
SEP 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE DISTRICT COURT OF THE UNITED STATES
RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : No. CR-05-10S
:
SILVIO DELEON :

# ORDER

This matter came on to be heard before Magistrate David Martin and after hearing thereon and consideration thereof it is hereby:

## ORDERED, ADJUDGED, AND DECREED:

Defendant's motion to compel the government to release the information regarding the expert opinion of BekTek regarding voice identification is granted. Defendant is likewise required to turn over to the government any information relative to their expert's exam of tapes in question.

Entered as an Order of this Court on the 3rd day of Oct., 2005.

ENTERED: David L. Martin USMJ

PER ORDER: [signature]

Respectfully submitted:

[signature]

Joseph L. DeCaporale, Jr.
ATTORNEY FOR SILVIO DELEON

400 Reservoir Avenue, Suite G
Providence, RI 02907
(401) 228-8960
(401) 228-8961 (fax)

CERTIFICATION

I hereby certify that on this _____ day of July, 2005, I served a copy of the within document by mailed same first class mail, postage prepaid to those as indicated below.

______________________________________

Mary Rogers, Esq.
Assistant United States Attorney
50 Kennedy Plaza
Providence, RI 02903