UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

VS. CR05-10-02S

SILVIO DELEON
Defendant

**ORDER**

For the reasons stated in open Court on October 6, 2005, Defendant's Motion in Limine for an Order precluding the United States from any reference in its opening statement or the introduction of any testimony based on the laboratory report is DENIED as MOOT.

BY ORDER:

____________________
DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 10/7/05