UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

vs. CR05-10-02S

SILVIO DELEON
Defendant

**ORDER**

I hereby transfer the above-captioned case to Judge Mary M. Lisi.

BY ORDER:

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 10/6/05