IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Cr. No. 04-010SML
)
SILVIO DELEON, a/k/a Tito )

**MOTION TO DISMISS INDICTMENT**

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant U.S. Attorney, and moves to dismiss the indictment.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

SO ORDERED:

MARY M. LISI
DISTRICT COURT JUDGE

DATE: 10/17/05

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this, the 14th day of October, 2005, I mailed a true copy of the within Motion and Order to Dismiss the Indictment, postage prepaid, to:

Joseph L. DeCaporale,Jr., Esq.
400 Reservoir Avenue, Suite G
Providence, RI 02907